IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL ANTHONY TUTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV418-183 |
| ) | |
| COASTAL STATE PRISON; ) | |
| MEMORIAL HEALTH; OFFICER ) | |
| COREILUS, Chatham County ) | |
| Detention Center; GEORGIA ) | |
| DEPARTMENT OF CORRECTIONS; ) | |
| WARDEN MORALES; WARDEN OWENS; ) | |
| MILTON, Medical Director; ) | |
| NURSE JONES; DR. AWE; and ) | |
| WILCOX STATE PRISON ) | |
| COMPUTATION DEPARTMENT; ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case.

In the report and recommendation, the Magistrate Judge recommends the dismissal of Defendants Coastal State Prison, Memorial Health, Officer Coreilus, Georgia Department of Corrections, Warden Morales, Warden Owens, Nurse Jones, and Wilcox State Prison. (Doc. 13 at 9-10.) The Magistrate Judge, however, recommends that the claims

against Dr. Awe and Medical Director Head should proceed. (Id. at 9.) The Court agrees. However, from an independent review of the amended complaint, it appears that the medical director's surname is Milton, not Head. (Doc. 12 at 1 (naming as defendants "Medical director Milton, Head Doctor Awe, Correctional officer Cornelious" among others).) As a result, Plaintiff's claims against Defendants Coastal State Prison, Memorial Health, Officer Coreilus, Georgia Department of Corrections, Warden Morales, Warden Owens, Nurse Jones, and Wilcox State Prison are **DISMISSED WITHOUT PREJUDICE**. At this stage, Plaintiff's claim against Defendant Dr. Awe and Defendant Milton shall proceed. As the Magistrate Judge has previously ordered service upon Dr. Awe, the Clerk is now **DIRECTED** to forward a copy of this Order, the Magistrate Judge's Report and Recommendation (Doc. 13), and the Amended Complaint (Doc. 12) to the Marshal for service upon Medical Director Milton. The Clerk is further **DIRECTED** to amend the case caption accordingly.

SO ORDERED this 18th day of April 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA