IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL ANTHONY TUTT,            )
                                 )
    Plaintiff,                   )
                                 )
v.                               )    CASE NO. CV418-183
                                 )
DAVID MILTON, Medical Director;  )
and OLATUNJI AWE, Doctor;        )
                                 )
    Defendants.                  )
_____)

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 38.) After careful consideration and review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's Motion for Summary Judgment (Doc. 32) is **DENIED** and Defendants' Motion for Summary Judgment (Doc. 30) is **GRANTED**. As a result, Plaintiff's claims are **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of May 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA